# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TIM BURKHARDT,**

    **Plaintiff,**

**v.**                                                                       **Case No:   6:12-cv-1648-Orl-22TBS**

**SUPERIOR TRANSMISSION & AUTO REPAIR, LLC and HOWARD GROSS,**

    **Defendants.**

## ORDER

This cause is before the Court on Plaintiff's Motion for Summary Judgment (Doc. No. 29) filed on October 23, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 10, 2013 (Doc. No. 35), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Motion for Summary Judgment is hereby GRANTED in part and DENIED in part as follows:

> (1) On Count One, for Burkhardt and against Defendants, jointly and severally, for actual damages in the amount of $7,159.50 plus liquidated damages in the amount of $7,159.50 making a total of $14,319.00. Burkhardt's prayer for attorney's fees and costs is denied without prejudice. Plaintiff is given 14 days to file the appropriate papers to establish these amounts.

    (2) On Count Two, for Burkhardt on the issue of liability and against him on the issue of damages.

    (3) On Count Three, for Burkhardt and against Defendants, jointly and severally, for actual damages in the amount of $7,159.50. These are the same damages awarded in Count One and can only be recovered once from Defendants. Burkhardt's prayer for attorney's fees and costs is denied without prejudice. Plaintiff is given 14 days to file the appropriate papers to establish these amounts.

3. The Clerk is directed to remove this case from the March 3, 2014 Trial Docket.

4. The Court will direct a judgment be entered after a determination as to attorneys' fees and costs.

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties