UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIM BURKHARDT,

      Plaintiff,

v.                                                Case No: 6:12-cv-1648-Orl-22TBS

SUPERIOR TRANSMISSION & AUTO
REPAIR, LLC and HOWARD GROSS,

      Defendants.

## ORDER

This cause is before the Court on Plaintiff's Motion for Attorneys' Fees and Costs (Doc. No. 39) filed on January 17, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 23, 2014 (Doc. No. 40), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Motion for Attorneys' Fees and Costs is hereby GRANTED in part and DENIED in part. Plaintiff is awarded $15,470.50 in attorneys' fees and $791.60 in costs.

3. In accordance with the Court's previous Order (Doc. No. 38), the Clerk is directed to enter a Judgment providing that Plaintiff, TIM BURKHARDT, recover of the Defendants

SUPERIOR TRANSMISSION & AUTO REPAIR, LLC and HOWARD GROSS, jointly and severally, the sum of $14,319.00 of overtime wages and liquidated damages, $15,470.50 attorneys' fees and $791.60 costs, for a **TOTAL of $30,581.10**, for which sum let execution issue.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on February 12th, 2014.

_____
JOHN ANTOON II
United States District Judge
(signed in the absence of
Chief Judge Anne C. Conway)

Copies furnished to:

Counsel of Record
Unrepresented Parties
howard@superiorcarrepair.com